**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JOSEPH SNYDER,<br>         Plaintiff,<br><br>vs.<br><br>NABORS GARAGE DOORS, LLC,<br>SERENA MEADOR, RONNIE MEADOR,<br>AND MITCHELL SCHAKER,<br>         Defendants. | CIVIL ACTION FILE<br><br>NO.  1:20-cv-2101-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of Defendants' Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 16th day of March, 2022.

                                                                                KEVIN P. WEIMER
                                                                                CLERK OF COURT


                                                                    By:   s/ D. Barfield
                                                                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 16, 2022
Kevin P. Weimer
Clerk of Court

By: s/ D. Barfield
         Deputy Clerk