IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH SNYDER,<br><br>    Plaintiff,<br>v.<br><br>NABORS GARAGE DOORS, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO:<br><br>1:20-cv-02101-TCB |

**NOTICE OF WITHDRAW OF BILL OF COSTS**

Defendants, having considered Plaintiff's objection to their bill of costs, now agree with his position and withdraw their bill of costs.

Respectfully submitted, March 31, 2022.

**PARKS, CHESIN & WALBERT, P.C.**
75 Fourteenth Street, 26th Floor
Atlanta, GA 30309
Telephone: 404-873-8000
Facsimile:  404-873-8050
*Counsel for Defendants*

_____
Andrew Y. Coffman
GA Bar No. 173115
acoffman@pcwlawfirm.com