## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JOSEPH SNYDER,

     Plaintiff,

                                 CIVIL ACTION FILE NO.:

v.                                 1:20-CV-02101-TCB

NABORS GARAGE DOORS, LLC, et al.

     Defendants.

_____/

### PLAINTIFFS' NOTICE OF APPEAL

Plaintiff JOSEPH SNYDER, pursuant to Rules 3 and 4, Federal Rules of Appellate Procedure, and 28 U.S.C. 1291, hereby appeals to the United States Court of Appeals for the Eleventh Circuit the March 16, 2022 judgment in favor of NABORS GARAGE DOORS, LLC, SERENA MEADOR, RONNIE MEADOR, AND MITCHELL SCHAKER ("Defendants"), granting Defendant's Motion for Summary Judgment. ECF No. 55.

Respectfully submitted this 14th day of April, 2022

/s/ **Thomas L. Dickens, III**
THOMAS L. DICKENS, III, ESQ.
Florida Bar No.: 063687
Morgan & Morgan, P.A.
20 N. Orange Avenue, Suite 1600
Orlando, FL 32801
Telephone: (407) 420-1414
Facsimile:  (407) 204-2208
tdickens@forthepeople.com;

mfermaint@forthepeople.com;

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOSEPH SNYDER,

     Plaintiff,

                                    CIVIL ACTION FILE NO.:
v.                                  1:20-CV-02101-TCB

NABORS GARAGE DOORS, LLC, et al.

     Defendants.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was served via CM/ECF

the 14th day of April, 2022 upon all counsel of record.

                        */s/ **Thomas L. Dickens, III***
                        THOMAS L. DICKENS, III, ESQ.