Appeal No. 22-11286-GG

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

JOSEPH SNYDER

*Plaintiff-Appellee*

*v.*

NABORS GARAGE DOORS, LLC

*Defendant-Appellant*,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
NO. 1:20-CV-02101

## STATUS REPORT

Thomas L. Dickens, III
MARIE MATTOX, P.A.
203 N. Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
thomas.dickens@mattoxlaw.com
*Counsel for Appellant*

## STATUS REPORT

On November 3, 2022, United States District Judge Timothy Batten Ordered that Appellant's Motion for Indicative Ruling to Effect Terms of Settlement be Granted. The Court further Ordered that pursuant to Rule 62.1(a)(3), the Court indicates to the Eleventh Circuit that, upon remand, it will vacate its order on summary judgment to facilitate the settlement of the named parties. Plaintiff very respectfully requests permission of this Honorable Court to file his Motion for Limited Remand no later than November 30, 2022.

Submitted November 16, 2022.

*/s/ Thomas L. Dickens, III*
Thomas L. Dickens, III
MARIE MATTOX, P.A.
203 N. Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
thomas.dickens@mattoxlaw.com