# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 05, 2023

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 22-11286-GG
Case Style: Joseph Snyder v. Nabors Garage Doors, LLC, et al
District Court Docket No: 1:20-cv-02101-TCB

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel is advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Joseph Caruso, GG
Phone #: (404) 335-6130

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11286-GG

_____

JOSEPH SNYDER,

                                                                                            Plaintiff - Appellant,

versus

NABORS GARAGE DOORS, LLC,
SERENA MEADOR,
RONNIE MEADOR,
MITCHELL SCHAKER,

                                                                                            Defendants - Appellees.

_____

Appeals from the United States District Court
for the Northern District of Georgia

_____

Before: ROSENBAUM, NEWSOM, and BRASHER, Circuit Judges.

BY THE COURT:

      Before this Court is Appellant's "Corrected Motion for Limited Remand." The motion is GRANTED in that the Court REMANDS this matter in full to the district court. *See* 11th Cir. R. 12.1-1(c). Appellant's request to stay this appeal is DENIED AS MOOT.

      The Clerk is directed to close the appeal.