IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| JOSEPH SNYDER,<br><br>    Plaintiff,<br><br>v.<br><br>NABORS GARAGE DOORS, LLC; SERENA MEADOR; RONNIE MEADOR; and MITCHELL SCHAKER,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-2101-TCB |

## ORDER

This case comes before the Court on the Eleventh Circuit's remand [75] pursuant to this Court's indicative ruling [73] that it would vacate its previous order [54] on summary judgment in order to effect the settlement of the above-captioned parties.

Now having jurisdiction of this case, the Court hereby vacates its previous order [54] on summary judgment as premised on the parties'

settlement. The Clerk is directed to administratively close the case.[1]

The parties shall file a dismissal upon finalization of the settlement documents.

IT IS SO ORDERED this 9th day of January, 2023.

_____
Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.