# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSEPH SNYDER,<br><br>    Plaintiff,<br>v.<br><br>NABORS GARAGE DOORS, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO:<br><br>1:20-cv-02101-TCB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants stipulate to the dismissal of Plaintiff's claims with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Parties shall bear their own costs.

Respectfully submitted this 10th day of January 2023.

| | |
|---|---|
| /s/ Thomas L. Dickens, III<br>Thomas L. Dickens, III<br>Florida Bar No. 063687<br>thomas.dickens@mattoxlaw.com<br>**MARIE A. MATTOX, P.A.**<br>203 N. Gadsden Street<br>Tallahassee, FL 32301<br>Telephone: (850) 383-4800<br><br>*Counsel for Plaintiff* | /s/ Andrew Y. Coffman<br>Andrew Y. Coffman<br>GA Bar No. 173115<br>acoffman@pcwlawfirm.com<br>**PARKS, CHESIN & WALBERT, P.C.**<br>75 Fourteenth Street, 26th Floor<br>Atlanta, GA 30309<br>Telephone: (404) 873-8000<br><br>*Counsel for Defendants* |